■ In the Matter of COMMITTEE FOR THE PRESERVATION OF FRESH MEADOWS, INC., Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Respondents. (Proceeding No. 1.) In the Matter of FRESH MEADOWS ASSOCIATES, Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Respondents. (Proceeding No. 2.) —Appeals by the petitioners in two separate CPLR article 78 proceedings from a judgment of the Supreme Court, Queens County (Dunkin, J.), dated March 7, 1990.

Ordered that the judgment is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Dunkin at the Supreme Court. Bracken, J. P., Sullivan, Balletta and Lawrence, JJ., concur.